```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Samuel J. Bourne

    v.                                  Civil No. 10-cv-393-LM

John R. Arruda, Jr., et al.


O R D E R

On July 6, 2011, a preliminary pretrial conference was held in this case. Samuel J. Bourne appeared on his own behalf, and Attorney Brian J.S. Cullen appeared for defendants. The court approves the terms contained in the Discovery Plan dated July 5, 2011, (document no. 62) with the following amendments:

    **Discovery**: All discovery to be completed 120 days prior to trial (on or before April 23, 2012).

    **Dates of disclosure of Experts and Experts' Written Reports and Supplementations**: Plaintiff's disclosure due on or before September 30, 2011; defendants' disclosure due on or before October 31, 2011.

    **Third Party Actions**: September 30, 2011.

    **Dispositive Motions**: Motion to Dismiss: this has already been filed and ruled on. Motions for Summary Judgment due 120 days prior to trial (on or before April 23, 2012).

    **Trial Estimate**: Plaintiff estimates ten to twelve days; defendants estimate three to four days.

    **Trial Date**: Two-week period beginning August 21, 2012.

Mr. Bourne stated that he was withdrawing his request to have an Article III judge review his motion to reconsider (doc. no. 57) this court's ruling on defendants' motion to dismiss. Mr. Bourne requests that this magistrate judge review his pending motion to reconsider. The court explained that, to the extent Mr. Bourne desires to renew in the future his request to have an Article III judge preside over his case (i.e., revoke his consent to magistrate judge jurisdiction), he shall file any such request in a written pleading devoted solely to that request. See L.R. 7.1(a)(1).

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: July 7, 2011

cc: Brian J.S. Cullen, Esq.
    Samuel J. Bourne, pro se