```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

Samuel J. Bourne

   v.                                                                 Civil No. 10-cv-393-LM

John R. Arruda, Jr., et al.


**O R D E R**

     Currently before the court is plaintiff Samuel Bourne's motion to compel discovery (doc. no. 82). The validity of defendants' assertion of attorney-client privilege is at issue, and defendants have provided a privilege log to plaintiff, which he has filed as an exhibit to the motion (doc. no. 82-17). To facilitate the court's review of the motion, the court directs defendants to submit for in camera review the documents listed in the privilege log within ten days of the date of this order. Along with the submission, defendants shall file a motion to seal those documents for in camera review at Level II, pursuant to Local Rule 83.11(c).

     Defendants shall also file, within ten days of the date of this motion, an affidavit of counsel identifying the relationship between the Town of Madison, counsel, and each person listed in the privilege log as to each document, including whether the person was an official or agent of the

Town of Madison or its insurer, or an insurer, co-defendant, or counsel of a co-defendant in any litigation involving the Town of Madison when the document was disclosed to that person.

    SO ORDERED.

                                                Landya McCafferty
                                                United States Magistrate Judge

April 2, 2012

cc:   Samuel J. Bourne, pro se
       Brian J.S. Cullen, Esq.

LBM:nmd