UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Samuel J. Bourne

        v.                          Civil No. 10-cv-393-LM

John R. Arruda, Jr. et al.


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #100, Notice of Compliance with Court Order dated 4/2/2012, filed by Samuel J. Bourne

DATE FILED: April 16, 2012

Pursuant to F.R.Civ.P 5(d)(1) disclosures under Rule 26(a)(1) must not be filed with the court until they are used in the proceeding or the court orders the filing.

It is herewith ordered that the document is stricken and removed from the docket.

SO ORDERED.

April 19, 2012

                                                /s/Landya B. McCafferty
                                                Landya B. McCafferty
                                                United States Magistrate Judge


cc:     Samuel J. Bourne
        Brian J.S. Cullen, Esq.