UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Samuel J. Bourne

   v.                                              Civil No. 10-cv-393-LM

John R. Arruda, Jr., et al.

**O R D E R**

Before the court is Bourne's motion to compel (doc. no. 142), which seeks an order compelling Robert King, a third party, to produce additional documents and information in response to a subpoena served upon him by Bourne. King served Bourne with an objection to the subpoena and, thereafter, produced a set of emails to Bourne that he considers to be responsive and not privileged, along with a privilege log listing additional documents as subject to attorney client privilege and/or work product protection. The documents produced to Bourne, as to which no claim of privilege is asserted, include several emails with portions of the contents blocked out, specifically, those emails included within documents identified as RDK007 and RDK008. King's objection to the motion to compel (doc. no. 146) states that the redacted portions include text that is "unrelated to the defamation in question or the instant court case."

The court finds that to facilitate its consideration of the motion to compel, King must submit for in camera review, within ten (10) days of the date of this order, complete paper copies of the documents identified as RDK007-RDK008, without redacting the contents that King claims to be irrelevant.  The clerk is directed to file the documents upon receipt as sealed at Level II, subject to further order of this court, pursuant to Local Rule 83.11.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

August 30, 2012

cc:   Samuel J. Bourne, pro se
      Brian J.S. Cullen, Esq.
      Robert King, pro se

LBM:nmd